CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Sara Gunderson, Esq., SBN 302582
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
sarag@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Dwain Lammey**,<br><br>          Plaintiff,<br><br>     v.<br><br>**Carson Hospitality Group, Inc. Carson Hospitality Group, Inc.; ;**<br>; and Does 1-10,<br><br>          Defendants | Case No.: 2:21-cv-01326-SVW-AS<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO 41(a)**<br><br>Complaint Filed: 2/12/2021 |

PLEASE TAKE NOTICE:

   Pursuant to FRCP 41(a)(1)(A)(i) Plaintiff voluntarily dismisses his claims pending in this action without prejudice.

Dated: December 5, 2022           CENTER FOR DISABILITY ACCESS


                                  By: /s/ *Sara Gunderson*
                                  Sara Gunderson